# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 8, 2016

## NO. 03-15-00118-CV

Appellants, Texas Quarter Horse Association; Texas Thoroughbred Association; Texas Horsemen's Partnership; Gillespie County Fair and Festivals Association, Inc.; Global Gaming LSP, LLC d/b/a Lone Star Park at Grand Prairie; and Sam Houston Race Park, LLC// Cross-Appellants, American Legion Department of Texas, Temple Post 133; Kickapoo Traditional Tribe of Texas; Thompson Allstate Bingo Supply, Inc.; and Moore Supplies, Inc.

v.

Appellees, American Legion Department of Texas, Temple Post 133; Kickapoo Traditional Tribe of Texas; Thompson Allstate Bingo Supply, Inc.; and Moore Supplies, Inc.// Cross-Appellees, Texas Quarter Horse Association; Texas Thoroughbred Association; Texas Horsemen's Partnership; Gillespie County Fair and Festivals Association, Inc.; Global Gaming LSP, LLC d/b/a Lone Star Park at Grand Prairie; and Sam Houston Race Park, LLC

---

## APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on December 3, 2014. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.